FILED'07 JAN 24 10:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT GRAY,

    Plaintiff,

v.

RENT-A-CENTER WEST, INC.,

    Defendant.

No. CV 06-1058-HU

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS & RECOMMENDATION

**MOSMAN, J.,**

    On October 23, 2006, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#16) in the above-captioned case recommending that defendant's Motion to Dismiss Proceedings and Compel Arbitration (#7) be granted. Objections as well as plaintiff's Motion to Supplement his Objections (#20) have been filed. Plaintiff's motion to supplement is DENIED.

    In conducting my review of the F&R, I apply the following standard. The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is

PAGE 1 - ORDER

made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

After reviewing the F&R, the parties' objections and responses, and other relevant materials, the F&R is ADOPTED without modification.

IT IS SO ORDERED.

DATED this 23rd day of January, 2007.

MICHAEL W. MOSMAN
United States District Court

PAGE 2 - ORDER